**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jesus JIMENEZ, also known as Jose
Jimenez, Defendant–Appellant.**

No. 14–51332
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 23, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Franklin Gordon Bynum, Bynum Law Office, P.L.L.C., Houston, TX, for Defendant–Appellant.

Jesus Jimenez, Odessa, TX, pro se.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jesus Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Jimenez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Jimenez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jimenez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and .is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.